WILLIAMS ADVANCED MATERIALS, INC., Plaintiff–Appellant,

v.

TARGET TECHNOLOGY COMPANY, LLC, Defendant–Appellee.

No. 04–1602.

United States Court of Appeals, Federal Circuit.

Aug. 3, 2005.

Before MICHEL, Chief Judge, SCHALL and PROST, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.